IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Jason B. Stark, | ) | |
| *Debtor* | ) | Case No. 19-23151 JAD |
| | ) | Chapter 13 |
| Jason B. Stark, | ) | Related to |
| *Movant* | ) | Document No. 9 |
| | ) | |
| No Respondents | ) | |

## ORDER OF COURT

AND NOW, to wit, this __28th__ day of _____August_____, 2019, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Jason B. Stark is hereby granted an extension until September 3, 2019 to file a completed Chapter 13 petition and plan.

_____ sjk
U.S. Bankruptcy Judge
Jeffery A. Deller

FILED
8/28/19 8:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                       Case No. 19-23151-JAD
Jason B. Stark                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: bsil              Page 1 of 1             Date Rcvd: Aug 28, 2019
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.
db             +Jason B. Stark,    596 Liberty St.,    Perryopolis, PA 15473-5400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Debtor Jason B. Stark asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4