IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jason B. Stark, | ) | Case No. 19-23151 JAD |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Jason B. Stark, | ) | Related to Document No. 18 |
| Social Security No. XXX-XX- 8381 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| USPS and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 10, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Jason B. Stark
596 Liberty St.
Perryopolis, PA 15473

USPS
Attn: Payroll Dept.
2825 Lone Oak Parkway
Eagan, MN 55121-9631

Date of Service:    September 10, 2019    /s/ Abagale E. Steidl
Abagale E. Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 319217