**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jason B. Stark<br><br>                      Debtor(s) | |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>                      Movant<br>         v.<br>Jason B. Stark<br>                      Respondent<br>        and<br>Ronda J. Winnecour, Trustee<br><br>                      Additional Respondent | BK. NO. 19-23151 JAD<br><br>CHAPTER 13 |

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON MOTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER FOR**
**RELIEF FROM THE AUTOMATIC STAY**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant, a response to the motion no later than **October 14, 2021**, (seventeen (17) calendar days after the date of service below) in accordance with Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on **October 27, 2021 at 10:00 A.M.** before Judge Jeffrey A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to he scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID : 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffrey A. Deller for Matters Scheduled on or After January 1, 2021*, which can be found on the Court's website at http://www.pawbs.uscourts.gov/content/judge-jeffrey-deller. Person without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court

for a later date.

September 27, 2021

                **/s/ Maria D. Miksich, Esquire**
Maria D. Miksich, Esquire
mmiksich@kmllawgroup.com
Attorney I.D. No. 319383
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
Attorney for Movant/Applicant