IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 19-23151 JAD |
| Jason B. Stark, | ) Chapter 13 |
| *Debtor* | ) |
| | ) Related to Docket No. 47 & 55 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, | ) |
| *Movant* | ) |
| | ) |
| Vs. | ) |
| | ) Hearing Date & Time: January |
| Jason B. Stark and Ronda Winnecour, Trustee, | ) 19, 2022 at 10:00 a.m. |
| *Respondents* | ) |

**CONSENT ORDER OF COURT REGARDING THE MOTION FOR RELIEF FROM STAY**

AND NOW, to wit, this ____19th____ day of ____January____, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) The plan arrears that brought about the Motion for Relief From Stay will be recapitalized into an amended plan to be filed within the next thirty days;

2) The Motion for Relief From Stay filed at docket number 47 is hereby WITHDRAWN

_____ sjk
Hon. Jeffery A. Deller
U.S. Bankruptcy Judge

/s/ Abagale Steidl           /s/ Denise Carlon
Abagale Steidl, Esquire      Denise Carlon, Esquire
Attorney for the Debtor      Attorney for the Movant

FILED
1/19/22 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA