IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-23151 JAD |
| | ) | Chapter 13 |
| Jason B. Stark, | ) | |
|    *Debtor* | ) | Related to Docket No. 61 |
| | ) | |
| Jason B. Stark, | ) | |
|    *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda Winnecour, Ally Bank, | ) | |
| Atlas Acquisitions, ERC, Kay Jewelers, LVNV Funding, | ) | |
| Mr. Cooper, PA Dept. of Revenue, and Sprint, | ) | |
|    *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 14, 2022, I caused to be served a true and correct copy of the *Order of Court dated February 11, 2022* by the following methods upon the following persons and parties:

**First Class US Mail:**
See attached mailing matrix.

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the U.S. Trustee

Date of Service: February 14, 2022    /s/ Abagale Steidl
　　　　　　　　　　　　　　　　　　　　　Abagale Steidl, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor
　　　　　　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　　　　　　Suite 2830, Gulf Tower
　　　　　　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　(412) 391-8000
　　　　　　　　　　　　　　　　　　　　　asteidl@steidl-steinberg.com
　　　　　　　　　　　　　　　　　　　　　PA I.D. No. 319217

```
Label Matrix for local noticing          Ally Bank                                Ally Bank, c/o AIS Portfolio Services, LP
0315-2                                   PO Box 130424                            4515 N Santa Fe Ave. Dept. APS
Case 19-23151-JAD                        Roseville MN 55113-0004                  Oklahoma City, OK 73118-7901
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Mon Feb 14 11:45:40 EST 2022

Ally Financial                           (p)ATLAS ACQUISITIONS LCC                ERC/Enhanced Recovery Corp
PO Box 380901                            492C CEDAR LANE SUITE 442                8014 Bayberry Rd
Bloomington, MN 55438-0901               TEANECK NJ 07666-1713                    Jacksonville, FL 32256-7412


ERC/Enhanced Recovery Corp               KML Law Group                            Kay Jewelers
Attn: Bankruptcy                         BNY Mellon Independence Center           375 Ghent Road
8014 Bayberry Road                       701 Market Street - Suite 5000           Akron, OH 44333-4600
Jacksonville, FL 32256-7412              New York, NY 10106


LVNV Funding, LLC                        LVNV Funding/Resurgent Capital           LVNV Funding/Resurgent Capital
Resurgent Capital Services               Attn: Bankruptcy                         Po Box 1269
PO Box 10587                             Po Box 10497                             Greenville, SC 29602-1269
Greenville, SC 29603-0587                Greenville, SC 29603-0497


Kristen D. Little                        Mark M. Mehalov                          Maria Miksich
LOGS LEGAL GROUP LLP                     18 Mill Street Square                    KML Law Group, P.C.
3600 Horizon Drive                       Uniontown, PA 15401-3214                 701 Market Street
Suite 150                                                                         Suite 5000
King of Prussia, PA 19406-4702                                                    Philadelphia, PA 19106-1541


Mr. Cooper                               Nationstar Mortgage LLC d/b/a Mr. Cooper Brian Nicholas
8950 Cypress Waters Boulevard            PO Box 619096                            KML Law Group, P.C.
Coppell, TX 75019-4620                   Dallas, TX 75261-9096                    701 Market Street
                                                                                  Suite 5000
                                                                                  Philadelphia, PA 19106-1541


Office of the United States Trustee      Pennsylvania Department of Revenue       Pennsylvania Dept. of Revenue
Liberty Center.                          Bankruptcy Division                      Department 280946
1001 Liberty Avenue, Suite 970           P.O. Box 280946                          P.O. Box 280946
Pittsburgh, PA 15222-3721                Harrisburg, PA 17128-0946                ATTN: BANKRUPTCY DIVISION
                                                                                  Harrisburg, PA 17128-0946


Robert Teets                             (p)SPRINT                                Jason B. Stark
126 Palonder Lane                        C O AMERICAN INFOSOURCE                  596 Liberty St.
Perryopolis, PA 15473                    4515 N SANTA FE AVE                      Perryopolis, PA 15473-5400
                                         OKLAHOMA CITY OK 73118-7901


Abagale E. Steidl                        Ronda J. Winnecour
Steidl & Steinberg                       Suite 3250, USX Tower
707 Grant Street                         600 Grant Street
28th Floor - Gulf Tower                  Pittsburgh, PA 15219-2702
Pittsburgh, PA 15219-1908
```

                 The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                 by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Atlas Acquisitions LLC          (d)Atlas Acquisitions LLC        Sprint Corp
294 Union St.                   492C Cedar Lane, Ste 442         Attention Bankruptcy
Hackensack, NJ 07601            Teaneck, NJ 07666                PO Box 7949
                                                                 Overland Park
                                                                 KS
                                                                 66207 - 0949
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER     End of Label Matrix
                                                Mailable recipients    25
                                                Bypassed recipients     1
                                                Total                  26
```