IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Stark, Jason B.<br>　　　　　　　Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC<br>　　　　　　　Movant<br>VS.<br>Stark, Jason B.<br><br>　　　　　　　Respondents | Case NO. 19-23151 JAD<br><br>Chapter 13<br><br>Related to Docs: 78  and 82 |

### ORDER

Upon consideration of the Motion filed by NATIONSTAR MORTGAGE LLC  it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for November 7, 2023 at 10:00 a.m. is hereby continued to    December 5, 2023 at 10:00 AM via ZOOM with Judge Deller [Meeting ID 160 0928 3473].

By the Court,

Date: 11/1/2023

_____ sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
11/1/23 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23151-JAD |
| Jason B. Stark | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 01, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

**Recip ID        Recipient Name and Address**
db            + Jason B. Stark, 596 Liberty St., Perryopolis, PA 15473-5400

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 03, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:

**Name        Email Address**

Abagale E. Steidl
            on behalf of Debtor Jason B. Stark asteidl@steidl-steinberg.com
            julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Brian Nicholas
            on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com

Brian Nicholas
            on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com

Denise Carlon
            on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com

Kristen D. Little
            on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER KRLITTLE@FIRSTAM.COM

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 01, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Maria Miksich
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

Matthew Fissel
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER matthew.fissel@brockandscott.com
    wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 10