IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   JASON B. STARK ) Case No. 19-23151 JAD
)
) Chapter 13
Debtor(s). )
X   Related to Docs. #65, 74, 85 and 86

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒   a motion to dismiss case or certificate of default requesting dismissal

☐   a plan modification sought by: _____

☐   a motion to lift stay
    as to creditor _____

☐   Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated : **2-15-22**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒   Debtor(s) Plan payments shall be changed from **$1314** to **$1559** per month,

    effective **11/23**; and/or the Plan term shall be changed from \_\_\_ months to \_\_\_\_ months.                  .

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other:
- **Trustee COD filed 9-14-23 (Doc 74) is resolved by this order.**

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this \_\_9th\_\_ day of \_\_November\_\_, 2023

_____sjk
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:                                          Stipulated by:

/s/ Abagale Steidl                                      /s/ James Warmbrodt
Counsel to Debtor                                       Counsel to Chapter 13 Trustee

Stipulated by:

_____                              FILED
Counsel to affected creditor                            11/9/23 3:16 pm
                                                        CLERK
                                                        U.S. BANKRUPTCY
                                                        COURT - WDPA

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason B. Stark  
    Debtor

Case No. 19-23151-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Nov 09, 2023      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason B. Stark, 596 Liberty St., Perryopolis, PA 15473-5400 |
| sp | + | Mark M. Mehalov, 18 Mill Street Square, Uniontown, PA 15401-3214 |
| 15101957 | | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 15113706 | | Robert Teets, 126 Palonder Lane, Perryopolis, PA 15473 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Nov 10 2023 00:00:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 00:13:04 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15132391 | | Email/Text: bnc@atlasacq.com | Nov 10 2023 00:00:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15140108 | | Email/Text: ally@ebn.phinsolutions.com | Nov 10 2023 00:00:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15113698 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 10 2023 00:00:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15113700 | + | Email/Text: bknotice@ercbpo.com | Nov 10 2023 00:00:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15113699 | + | Email/Text: bknotice@ercbpo.com | Nov 10 2023 00:00:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 15113701 | + | Email/Text: BKRMailOPS@weltman.com | Nov 10 2023 00:00:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15108350 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 00:13:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15113703 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 00:12:55 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15113704 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 00:12:54 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15101958 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 10 2023 00:00:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15128088 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 10 2023 00:00:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15108494 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Nov 10 2023 00:12:54 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS, 66207 - 0949 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| 15133265 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15113702 | * | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 15113705 | *+ | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

**Name** | **Email Address**

Abagale E. Steidl
on behalf of Debtor Jason B. Stark asteidl@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Brian Nicholas
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com

Denise Carlon
on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com

Kristen D. Little
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER KRLITTLE@FIRSTAM.COM

Maria Miksich
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mmiksich@kmllawgroup.com

Mario J. Hanyon
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew Fissel
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER matthew.fissel@brockandscott.com wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Nov 09, 2023 Form ID: pdf900 Total Noticed: 18
TOTAL: 10