## UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA

**In RE:**

                               **Chapter:**  13

  JASON B. STARK               **Claim Number:** 5

                               **Case Number:** 19-23151

**Debtor(s)**

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to
PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

☐ Notice only        ☑ Payment only        ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:                           TO:

Payment Processing Center              Payment Processing Center

P.O. Box 78367                       P.O. Box 660618

Phoenix, AZ 85062                   Dallas, TX 75266-0618

                                 /s/ Shubham Tandlekar

Date:  06/28/2024                   Creditor's Authorized Agent for Ally Bank

**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF PENNSYLVANIA**

In RE:

    JASON B. STARK

Debtor(s)

**Chapter:**  13

**Case Number:** 19-23151

# Certificate of Service

I certify that on 06/28/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
ABAGALE E STEIDL
ASTEIDL@STEIDL-STEINBERG.COM

Trustee
RONDA J. WINNECOUR

United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE

/s/ Shubham Tandlekar
Shubham Tandlekar
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com