IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Jason B. Stark, | : | Case No. 19-23151 JAD |
|       *Debtor* | : | Chapter 13 |
| | : | Related to Document No. 106 & 108 |
|    Ronda J. Winnecour, Trustee, | : | |
|       *Movant* | : | |
| | : | |
|    vs. | : | |
| | : | |
|    Jason B. Stark, | : | |
|       *Respondent* | : | |

**ORDER OF COURT**

AND NOW, to wit, this  18th  day of   February  , 2025, it is hereby ORDERED, ADJUDGED and DECREED, that the Debtor, Jason B. Stark, is hereby granted an extension until February 27, 2025 to respond to the Trustee's Certificate of Default.

_____  sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
2/18/25 7:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23151-JAD |
| Jason B. Stark | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

**Recip ID       Recipient Name and Address**
db            + Jason B. Stark, 596 Liberty St., Perryopolis, PA 15473-5400

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2025                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:**

**Name**                **Email Address**

Abagale E. Steidl
on behalf of Debtor Jason B. Stark asteidl@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Brent J. Lemon
on behalf of Creditor NATIONSTAR MORTGAGE LLC blemon@kmllawgroup.com  lemondropper75@hotmail.com

Denise Carlon
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com

Kristen D. Little
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER KRLITTLE@FIRSTAM.COM

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Maria Miksich
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

Matthew Fissel
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER matthew.fissel@brockandscott.com
    wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 10