IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-23151 JAD |
| Jason B. Stark, ) | Chapter 13 |
| *Debtor* ) | |
| ) | |
| Jason B. Stark, ) | |
| *Movant* ) | |
| ) | Related to Doc. #125 |
| *vs.* ) | |
| ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondent* ) | |

**CONSENT ORDER OF COURT**

AND NOW, to wit, this  30th  day of ____July_____, 2025, it is hereby ORDERED, ADJUDGED and DECREED, that

1) The Debtor, Jason B. Stark is permitted to use the 2017 Chevrolet Equinox as a trade-in.

2) The vehicle is owned jointly with his non-filing spouse, who is entitled to 50% of the equity in this vehicle.

3) The vehicle is having serious issues that are becoming very costly to fix.

4) The Debtor intends to trade-in the vehicle for a newer, more reliable vehicle that would be financed and titled in his wife's name only so the Debtor doesn't obtain any additional debt in his name.

5) The Debtor anticipates that he and his wife will receive approximately $3,000.00 for the vehicle, of which $1,500.00 would be his portion.

6) The Chapter 13 Trustee's website shows that the vehicle has been paid in full through the Chapter 13 Plan.

1

7/30/2025

_____ sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

/s/ Kate DeSimone
Kate DeSimone, Esquire
Office of the Chapter 13 Trustee

/s/ Abagale Steidl
Abagale Steidl, Esquire
Attorney for the Debtor

FILED
7/30/25 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23151-JAD |
| Jason B. Stark | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 30, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jason B. Stark, 596 Liberty St., Perryopolis, PA 15473-5400 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 01, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Jason B. Stark asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Andrew L. Spivack | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com |
| Kristen D. Little | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER KRLITTLE@FIRSTAM.COM |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Jul 30, 2025     Form ID: pdf900     Total Noticed: 1

Maria Miksich
     on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mmiksich@kmllawgroup.com

Mario J. Hanyon
     on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com
     mario.hanyon@brockandscott.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

TOTAL: 9