IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 19-23151-JAD |
| Jason B. Stark | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Jason B. Stark | ) | |
| | ) | |
| Respondent(s) | ) | |

<u>NOTICE OF HYBRID HEARING ON TRUSTEE'S MOTION TO DISMISS</u>

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a "hybrid" hearing on the Trustee's motion will be held on May 26, 2026 at 10:00 a.m. before Judge Jeffery A. Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219.   A "hybrid" hearing is one which any counsel and/or litigant may choose to attend in-person or remotely utilizing the Zoom Video Conference Platform ("Zoom").  Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Deller's website (which can be found at https://www.pawb.uscourts.gov/judge-dellers-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing.  All parties participating remotely shall comply with Judge Deller's *General Procedures*, which can be found at https://www.pawb.uscourts.gov/procedures-0.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss

should file a written response on or before May 18, 2026.

4/29/26                                                         /s/ Ronda J. Winnecour
Date                                                            Ronda J. Winnecour (PA I.D. #30399)
                                                               Attorney and Chapter 13 Trustee
                                                               U.S. Steel Tower – Suite 3250
                                                               600 Grant Street
                                                               Pittsburgh, PA  15219
                                                               (412) 471-5566
                                                               cmecf@chapter13trusteewdpa.com