**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JASON B. STARK

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:19-23151 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1.  The case was filed on 08/09/2019  and confirmed on 10/16/2019 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 85,507.13 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 85,502.13 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,390.00 | |
| Trustee Fee | 4,612.14 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,002.14 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR ( | 0.00 | 53,982.08 | 0.00 | 53,982.08 |
| Acct: 3725 | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR ( | 13,314.92 | 2,010.79 | 0.00 | 2,010.79 |
| Acct: 3725 | | | | |
| ATLAS ACQUISITIONS LLC - ASSIGNEE K/ | 263.62 | 39.81 | 0.00 | 39.81 |
| Acct: 3927 | | | | |
| ALLY BANK(*) | 18,695.53 | 18,695.53 | 2,771.78 | 21,467.31 |
| Acct: 2580 | | | | |
| | | | | 77,499.99 |
| Priority | | | | |
| ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JASON B. STARK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JASON B. STARK | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-23151 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| STEIDL & STEINBERG PC | 3,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| *** N O N E *** | | | | |
| **Unsecured** | | | | |
| SPRINT CORP** | 582.63 | 0.00 | 0.00 | 0.00 |
| Acct: 5853 | | | | |
| LVNV FUNDING LLC | 867.14 | 0.00 | 0.00 | 0.00 |
| Acct: 9798 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT TEETS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| *** N O N E *** | | | | |

TOTAL PAID TO CREDITORS                                                                                77,499.99

TOTAL CLAIMED
PRIORITY                          0.00
SECURED                    32,274.07
UNSECURED                   1.449.77

Date: 06/10/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com